UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CROMER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VICTOR CARREBELLO, et al.,<br><br>　　　　　Defendants. | 1:15-cv-01810-EPG-PC<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>THIRTY-DAY DEADLINE TO RESPOND |

**I.　BACKGROUND**

　　Charles Cromer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 3, 2015.  (ECF No. 1.)  On January 28, 2016, Plaintiff filed an amended complaint, which awaits the Court's requisite screening.  (ECF No. 5.)

　　On February 10, 2016, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (ECF No. 6.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

　　On December 14, 2015, the Court issued an order requiring Plaintiff to either pay the filing fee for this action or submit an application to proceed *in forma pauperis*, within thirty

1

days.  (ECF No. 3.)  The Court sent Plaintiff the Court's form application to proceed *in forma pauperis*, to complete and return to the Court.  (Id.)  The thirty-day period has now expired, and Plaintiff has not paid the filing fee, submitted an application to proceed *in forma pauperis*, or otherwise responded to the Court's order.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on the Plaintiff's failure to comply with a Court order.  Local Rule 110.

**II.    ORDER TO SHOW CAUSE**

Based on the foregoing, Plaintiff is required to show cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order, within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of December 14, 2015; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this case without further notice.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE