UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CROMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. TREVINO, et al.,<br><br>　　　　　Defendants. | 1:15-cv-01810-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST THAT ALL DOCUMENTS SENT TO PLAINTIFF BE IN LARGE BOLD PRINT<br>(ECF NO. 20) |

Charles Cromer ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2017, Plaintiff filed a request that all documents sent to Plaintiff be in large bold print ("the Request"). (ECF No. 20). According to Plaintiff he is legally blind, and he is afraid that he will not be able to fully prosecute this case if he does not get documents sent to him in large bold print. (Id.).

The Request will be denied. The Court does not change the size of the words or bold the text in the documents it issues on the request of a party. Additionally, the Court has reviewed the record in this case, and Plaintiff has been able to adequately respond to Court orders.

Accordingly, based on the foregoing, it is ORDERED that the Request is DENIED.

IT IS SO ORDERED.

　　Dated:　**March 28, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1