UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CROMER,<br><br>    Plaintiff,<br><br>v.<br><br>M. TREVINO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01810-LJO-EPG (PC)<br><br>ORDER DISMISSING ACTION PURSUANT TO RULE 25(A)(1)<br><br>(ECF No. 36) |

On December 7, 2017, defense counsel ("Counsel") filed an "Amended Notice of Death of Plaintiff Charles Cromer," which states that Counsel was informed that Plaintiff died on September 29, 2017. (ECF No. 36). Counsel also states that a copy of the notice and a copy of Plaintiff's amended complaint was served on Plaintiff's spouse in the manner identified by Federal Rule of Civil Procedure 4. A proof of service is attached. (ECF No. 36, p. 3). According to the proof of service, Plaintiff's spouse was personally served on December 3, 2017.

"If a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

The party filing the notice of death (or "suggestion of death") "must serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute. Fed. R. Civ. P. 25(a)(1). Thus, a party may be served the suggestion of death by service on his or her attorney, Fed. R.

1

Civ. P. 5(b), while non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons." Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994). "[T]he 90 day period provided by Rule 25(a)(1) will not be triggered against [the decedent's] estate until the appropriate representative of the estate is served a suggestion of death in the manner provided by Federal Rule of Civil Procedure 4." (Id. at 233-34).

The notice of death was appropriately filed and served more than ninety days ago, and no motion for substitution has been made. Accordingly, IT IS ORDERED that this action is DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1).

IT IS SO ORDERED.

Dated: **March 12, 2018**            **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE